UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES -- GENERAL

Case No.  **CV 16-6489-JFW (GJSx)**                                      Date: March 16, 2022

Title:      Diana Roche, et al. -v- Lithia Motors, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                      None

**PROCEEDINGS (IN CHAMBERS):**    ORDER DISMISSING ACTION

Based on the Joint Status Report Re Settlement, filed March 15, 2022 (Docket No. 79), this action is **DISMISSED**.

IT IS SO ORDERED.